Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMANTHA BLAKE,<br><br>    Plaintiff,<br><br>    vs.<br><br>U.S. ROCHE HEALTH AND WELFARE BENEFITS VEBA PLAN; U.S. ROCHE LONG-TERM DISABILITY PLAN; and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON fka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a foreign corporation;<br><br>    Defendants. | Case No.: 2:22-CV-00021 RSM<br><br>**PROPOSED ORDER FOR TRANSFER OF VENUE** |

Before the Court is a stipulated motion by the parties to transfer venue of this civil action to the United States District Court for the Northern District of California at San Francisco. Having considered the motion, the Court hereby ORDERS that the motion is GRANTED, and this civil action is transferred to the United States District Court for the Northern District of California at San Francisco. The Clerk is directed to transfer the action.

DATED this 19th day of May, 2022.

_[signature]_

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE