UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMANTHA BLAKE,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**U.S. ROCHE HEALTH AND WELFARE BENEFITS VEBA PLAN.**<br><br>　　　　Defendant. | CASE NO. 22-cv-2976-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court is in receipt of the parties' joint notice of settlement filed August 12, 2022 (Dkt. No. 45.) Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within sixty (60) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: August 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**